### 45612. CLARK v. MORRIS et al.
### 45758. TRUST COMPANY BANK v. THORNTON et al.
(373 SE2d 512)

PER CURIAM.

After plenary consideration of this matter (*Morris v. Brooks*, 186 Ga. App. 177 (366 SE2d 777) (1988); *Trust Co. Bank v. Thornton*, 186

---

Ga. App. 706 (368 SE2d 158) (1988)), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.
*All the Justices concur.*

DECIDED SEPTEMBER 29, 1988.

*Swift, Currie, McGhee & Hiers, Glover McGhee, Michael H. Schroder,* for appellant (case no. 45612).
*Alston & Bird, G. Conley Ingram, Jay D. Bennett, Robert P. Riordan,* for appellees.
*Richard G. Greer, Jeffrey F. Leasendale,* for appellant (case no. 45612).
*Walter H. Beckham III, Mark S. Izenson, Thomas D. Harper,* for appellees.

*Judgment affirmed. All the Justices concur.*